UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY MCWATTERS,                                  )
          Plaintiff,                       )
                                    )      No. 1:13-cv-1229
-v-                                               )
                                    )      HONORABLE PAUL L. MALONEY
CHERRY CREEK STRATEGIC                            )
ADVISORY, LLC,                                    )
          Defendant.                       )
_____)

## JUDGMENT

The Court has approved a stipulation submitted by the parties that resolves this case.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Plaintiff Cindy McWatters for $14,000.00, inclusive of all damages, attorney fees, and costs, and against Defendant.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 20, 2014                      /s/ Paul L. Maloney
                                              Paul L. Maloney
                                            Chief United States District Judge